Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

    Attorneys for Defendant
    Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT YAKIMA

| | |
|---|---|
| SANDRA MERCADO,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a debt collection agency, and CAPITAL ONE BANK, N.A., a nationally chartered bank holding company,<br><br>    Defendants. | Case No. CV-12-03004 LRS<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against all defendants shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: March 21, 2012

THE REYNOLDS LAW OFFICES, P.S.

/s/ Seth Reynolds
Seth M. Reynolds, WSBA No. 44160
Attorneys for Plaintiff

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, WSBA No. 29170
Attorneys for Defendant
Portfolio Recovery Associates, LLC

/s/ Chelsea Hamill
Chelsea Hamill
chamill@dollamir.com
Telephone: (310) 557-9127
On Behalf of Defendant Capital One Bank, N.A.

Page 1 – **STIPULATED JUDGMENT OF DISMISSAL**

SJOD.doc
COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

    Based on the parties' stipulation, it is

    ADJUDGED that the parties' Stipulated Motion to Dismiss, ECF No. 4, is GRANTED, and all of plaintiff's claims against all defendants are dismissed with prejudice and without attorney fees or costs to any party.

    DATED: April 3, 2012.

                                              s/Lony R. Suko
                                              Lonny R. Suko
                                              United States District Judge

Page 1 – **STIPULATED JUDGMENT OF DISMISSAL**

SJOD.doc
**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000